# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| NICOLE ALEXANDER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.     No. 5:25-CV-547-BO-BM |
| NNE, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT NNE, INC.    .

Date:     03/18/2026

/s/ Michael C. Lord
*Attorney's signature*

Michael C. Lord, NC Bar # 15966
*Printed name and bar number*

Williams Mullen
PO Box 1000
Raleigh, NC27602

*Address*

mlord@williamsmullen.com
*E-mail address*

(919) 981-4000
*Telephone number*

(919) 981-4300
*FAX number*

## CERTIFICATE OF SERVICE

I certify that on this day, the foregoing document was filed through the CM/ECF system and that such filing was sent electronically to those parties registered with the CM/ECF system.

This, the 18th day of March 2026.

WILLIAMS MULLEN

By: /s/ Michael C. Lord
Michael C. Lord

27